July 30, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

LORI BECKER-WHITE AND CAROL GOULD, Appellants

NO. 14-13-01000-CV                    V.

C. GREG GOODRUM, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, C. Greg Goodrum, signed, August 19, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellants, Lori Becker-White and Carol Gould, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.